# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

    **V.**

                               **CASE NO.  3:91-cr-51-J-16HTS**

**GLENN HANSLEY**

_____/

# O R D E R

Before the Court is the Defendant's <u>Motion to Modify Release Conditions Under §3583(e)(2) or Terminate Supervised Release After Expiration of One Year Under §3583(3)(1)</u>(Dkt #445).  The Court by Order (Dkt #458) dated August 18, 2008 found that since the Defendant completed his term of incarceration, a reduction under Amendment 706 would not be applicable. However, the Court took under advisement the Defendant's request to terminate his supervised release.

After considering all responses filed and the supplemental Probation report dated October 16, 2008 which indicated that the Defendant had clean disciplinary record while in prison and has complied with all conditions of supervised release, it is hereby

**ORDERED** that the Defendant's supervised release is hereby terminated.

**DONE AND ORDERED**, in Chambers in Jacksonville, Florida, this <u>21st</u> day of October, 2008.

JOHN H. MOORE II
United States District Judge

Copies to:        Federal Public Defender - Burke
                     United States Attorney - Heavener
                     United States Probation

Defendant